**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:**<br>**BUSA, RAYMOND**<br><br>**Debtor(s)** | **CHAPTER 7 CASE**<br><br>**CASE NO. 05-35823 WEDO**<br><br>**JUDGE EUGENE R. WEDOFF** |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         219 South Dearborn Street, Courtroom 744
         Chicago, IL 60604

   on:   April 25, 2006
   at:   10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         5,009.59

   b. Disbursements                         $             0.00

   c. Net Cash Available for Distribution   $         5,009.59

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND<br>(Trustee Fees) | 0.00 | $1,250.96 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $8,001.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 46.97%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Verizon North Inc | $ 139.27 | $ 65.42 |
| 2 | Citibank USA NA | $ 2,935.63 | $ 1,378.91 |
| 3 | GE Money Bank DBA JCPenney | $ 524.10 | $ 246.18 |
| 4 | LVNV Funding LLC its successors and assigns as assignee of R | $ 4,402.92 | $ 2,068.12 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated:  March 29, 2006              For the Court,

By:
<u>KENNETH S GARDNER</u>
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: MICHAEL G. BERLAND
Address: 1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-35823   Doc 20   Filed 03/29/06   Entered 03/31/06 23:59:18   Desc Imaged
                    Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1             Date Rcvd: Mar 29, 2006
Case: 05-35823                Form ID: pdf002          Total Served: 30

The following entities were served by first class mail on Mar 31, 2006.
db        +Raymond Busa,   1415 N Dearborn #22B,   Chicago, IL 60610-5536
tr        +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
9784166   +BP Amoco,   PO Box 15687,   Wilmingtin DE 19850-5687
9784169   +CB Accounts Inc,   1101 Main Street,   Peoria IL 61606-1928
9784167   +Capital Management Services,   726 Exchange St Suite 700,   Buffalo NY 14210-1464
9784168   +Capital One,   11013 W Broad St,   Glen Allen VA 23060-5937
9784170   +Chase NA,   4915 Independence,   Tampa FL 33634-7518
10578467  +Citibank USA NA,   DBA Home Depot,   P O Box 9025,   Des Moines, IA 50368-9025
9784171    FNANB Fleet Visa,   PO Box 84006,   Columbus OH 31908
9784172   +Fountain Medical Group,   15 W Pleasant Ave Box 300,   Sandwich IL 60548-1050
9784173   +Fox Valley,   Cardiovascular,   1320 N Highland Ave,   Aurora IL 60506-1467
9784174    GC Services LTD Partnership,   PO BOx 2667,   Houston TX  77252-2667
9784175    GE Condumer Finance,   PO Box 41457,   Philadelphia PA 19101-1457
10583533  +GE Money Bank,   DBA JCPenney,   Recovery Management Systems Corp,
            25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9784176   +Home Depot,   PO Box 9714,   Gray TN 37615-9714
9784178   +JC Penney,   PO Box 27570 CG88,   Albuquergue NM 87125-7570
9784177   +Jacobson & Assoc,   2539 Commercentre Drive 2nd fl,   Lake Forest IL 60045
10588842   LVNV Funding LLC its successors and assigns,   as assignee of Resurgent Capital LP,
            c/o Transfers,   c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
9784651   +Little Rock Fox Fire District,   125 Old Rd,   Little Rock IL 60545
9784652   +Mitsubishi Retail Services,   PO Box 15524,   Wilmington DE 19850-5524
9784653   +Resurgent Capital Services,   26 Edward St,   Arcade NY 14009-1012
9784654   +United Audio Louis Freedman,   1807 W Diehl Rd Suite 333,   PO Box 3228,
            Naperville IL 60566-3228
9784655    United Credit Nb,   PO Box 1229,   Sioux Falls SD  57107
9784657    Universal Fidelity Corp,   PO Box 941911,   Houston TX  77094-8911
9784658   +Valley West Hosp,   11 E Pleasant,   Sandwich IL 60548-1100
9784660   +Valley West Hospital,   PO Box 904,   Dekalb IL 60115-0904
9784659   +Valley West Hospital,   11 E Pleasant,   Sandwich IL 60548-1100
10576369  +Verizon North Inc,   AFNI/Verizon,   404 Brock Drive,   Bloomington IL 61701-2654
9784663   +Wolpoff & Abramson,   2 Irvington Cntr,   702 King Farm Blvd,   Rockville MD 20850-5774
The following entities were served by electronic transmission on Mar 29, 2006 and receipt of the transmission
was confirmed on:
9784662       E-mail: BankruptcyEBN@afninet.com Mar 30 2006 00:15:50      Verizon North,   PO Box 920041,
            Dallas TX  75392-0041
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9784656*    United Credit Nb,   PO Box 1229,   Sioux Falls SD  57107
9784661*   +Valley West Hospital,   11 E Pleasant,   Sandwich IL 60548-1100
                                                                                           TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 31, 2006**          **Signature:** *Joseph Speetjens*